**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　Case No. 05-cr-131-01-PB

<u>Nicole Saindon</u>

**<u>O R D E R</u>**

    The defendant has moved to continue the October 4, 2005 trial in the above case.  Defendant cites the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from October 4, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 19, 2005 final pretrial conference is continued until October 20, 2005 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 19, 2005

cc: James Dennehy, Esq.
    Mark Irish, Esq.
    United States Probation
    United States Marshal